NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE NOCO COMPANY, INC.,**
*Appellant*

**v.**

**SHENZHEN CARKU TECHNOLOGY CO., LTD.,**
*Cross-Appellant*

---

2022-1646, 2022-1741

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00944.

---

## JUDGMENT

---

GREGORY A. CASTANIAS, Jones Day, Washington, DC, argued for appellant. Also represented by ROBERT BREETZ, DAVID B. COCHRAN, JOSEPH M. SAUER, MEREDITH M. WILKES, Cleveland, OH.

KEVIN PATARIU, Perkins Coie LLP, San Diego, CA, argued for cross-appellant. Also represented by EVAN SKINNER DAY, JOHN ESTERHAY, JOHN PETER SCHNURER; ANDREW DUFRESNE, Madison, WI; NATHAN K. KELLEY, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 12, 2024
Date

Jarrett B. Perlow
Clerk of Court